Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED/REC'D
2025 AUG 15 P 2:56
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

_____ Division

| | |
|---|---|
| Alexander L Jaeger | Case No. 25 CV 683 WMC |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☐ Yes ☑ No |
| -v- | |
| City of Madison Attorney's Office, City of Madison Police Department, City of Madison Municipal Court, City of Madison Building Inspection Department | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Alexander L Jaeger |
   | Street Address | 4306 Hegg Ave |
   | City and County | Madison, Dane |
   | State and Zip Code | WI, 53716 |
   | Telephone Number | (608) 515-8656 |
   | E-mail Address | jaeger.alex@outlook.com |

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name: City of Madison Attorney's Office
    Job or Title (if known):
    Street Address: 210 Martin Luther King Jr Blvd #401
    City and County: Madison, Dane
    State and Zip Code: WI, 53703
    Telephone Number: (608) 266-4511
    E-mail Address (if known): attorney@cityofmadison.com

Defendant No. 2

    Name: City of Madison Police Department
    Job or Title (if known):
    Street Address: 211 S. Caroll St
    City and County: Madison, Dane
    State and Zip Code: WI, 53703
    Telephone Number: (608) 266-4022
    E-mail Address (if known):

Defendant No. 3

    Name: City of Madison Municipal Court
    Job or Title (if known):
    Street Address: 210 Martin Luther King Jr. Blvd
    City and County: Madison, Dane
    State and Zip Code: WI, 53703
    Telephone Number: (608) 264-9282
    E-mail Address (if known): municipalcourt@cityofmadison.com

Defendant No. 4

    Name: City of Madison Building Inspection Department
    Job or Title (if known):
    Street Address: 215 Martin Luther King Jr. Blvd
    City and County: Madison, Dane
    State and Zip Code: WI, 53703
    Telephone Number: (608) 266-4551
    E-mail Address (if known): MTucker@cityofmadison.com

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

United States Constitution, First Amendment, specifically freedom of speech and the right of the people to peaceably assemble, and to petition the Government for a redress of grievances.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* City of Madison, et al._____, is incorporated under the laws of the State of *(name)* Wisconsin_____, and has its principal place of business in the State of *(name)* Wisconsin_____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* Madison, WI_____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Total: $16,000,747.64
Compensatory First Amendment Damages: $10,000,000
Compensatory Damages for Emotional Distress: $5,000,000
Punitive Damages of $250,000 to each party: $1,000,000
Compensatory Damages for tickets, fees, etc: $747.64

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Mr. Jaeger placed a sign on his vehicle with a political message for redress of prior and continuing selective enforcement of city zoning ordinances being used solely to harass Mr. Jaeger and force compliance outside of the bounds of said zoning ordinances. Police, Zoning, and City Attorneys worked to find an ordinance that could be applied to deny Mr. Jaeger's ability to display said sign. The ordinance chosen contains a specific carve-out for vehicles stating that the ordinance did not apply to Mr. Jaeger's sign. Additionally, the City of Madison itself sells ads on their own City buses in direct violation of the same ordinance.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Total: $16,000,747.64
Compensatory First Amendment Damages: $10,000,000
Compensatory Damages for Emotional Distress: $5,000,000
Punitive Damages of $250,000 to each party: $1,000,000
Compensatory Damages for tickets, fees, etc: $747.64
Injunctive relief is sought as well to prevent the City of Madison, et al. from continuing to deny same free speech.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    08/15/2025

Signature of Plaintiff    [signature]
Printed Name of Plaintiff    Alexander L Jaeger

### B.    For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address